**Opinion issued March 24, 2020**



In The

# Court of Appeals

### For The

## First District of Texas

_____

### NO. 01-20-00170-CV

_____

## IN RE BRANDON PAREE CHRISTOPHER, Relator

---

### Original Proceeding on Petition for Writ of Habeas Corpus

---

## MEMORANDUM OPINION

Relator, Brandon Paree Christopher, has filed a petition for writ of habeas corpus.[1] We deny the petition. *See* TEX. R. APP. P. 52.3(k)(1)(A), (g); TEX. R. APP. P. 9.4.

---

[1] The underlying case is *Shelita Denedra Mosley v. Brandon Paree Christopher*, Cause no. 2006-18875, pending in the 309th District Court of Harris County, Texas, the Honorable Linda Marie Dunson presiding.

## PER CURIAM

Panel consists of Justices Keyes, Lloyd, and Hightower.